## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**MARIA CASTANON and**
**CARLOS CASTANON,**

      Plaintiffs,

v.                                                                                                                                        No. 20-cv-0852 SMV/CG

**BOARD OF EDUCATION FOR THE**
**HOBBS MUNICIPAL SCHOOL DISTRICT,**
**TJ PARKS, JOSE MARES, GREG HASTON,**
**BRENDA WILSON, and ZEKE KANEY,**

      Defendants.

### ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiffs filed their Complaint on August 24, 2020. [Doc. 1]. Plaintiffs had 90 days from filing the Complaint, or until November 23, 2020, to effect service of process. Fed. R. Civ. P. 4(m) (2015). There is no indication on the record that service of process has been effected with respect to any Defendant.

**IT IS THEREFORE ORDERED** that Plaintiffs show good cause why their claims should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995). Plaintiffs must file their response no later than **January 4, 2021**.

**IT IS SO ORDERED.**

                                              **STEPHAN M. VIDMAR**
                                              **United States Magistrate Judge**